# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Patty Lee Haley

Case No. 4:14-mj-5970-CRP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about July 12, 2014, in the District of Arizona, the defendant, Patty Lee Haley, violated Title 18 U.S.C. § 115(a)(1)(B), a Class C felony offense described as follows: The defendant named above, did knowingly and intentionally threaten to murder Person A, a United States judge, with intent to impede, intimidate and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such judge on account of the performance of official duties.

I further state that I am a Deputy United States Marshal, and this criminal complaint is based the attached statement of probable cause incorporated by reference.

AUTHORIZED BY: AUSA Joseph E. Koehler
☒ Continued on the attached sheet.

_Complainant's signature_

Ron Lindsey, Deputy United States Marshal
_Printed name and title_

Sworn to before me and signed in my presence.

Date: August 12, 2014

_Judge's signature_

City and state:  Phoenix, Arizona

Charles R. Pyle, U.S. Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Ron Lindsey, being duly sworn, hereby depose and state as follows:

1. I am a Deputy United States Marshal. I have been employed by the United States Marshals Service as a deputy since 2003. I am presently assigned to the District of Arizona, Phoenix Division's Judicial Security Unit. As a law enforcement officer, I am empowered to conduct investigations and make arrest for violations against the laws of the United States, to include Title 18 USC, Section 115. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 12, 2014, at or near Phoenix, in the District of Arizona, PATTY LEE HALEY, knowingly transmitted, with intent to threaten, a communication, that is, an electronic mail communication addressed to the Phoenix Alcohol, Tobacco and Firearms (ATF) office and others, containing a threat to kill Person A, a United States judge, and others, specifically stating "Therefore giving me just cause for justifiable homicide" and "It will be justifiable homicide, as if it is the last breath that I breathe, the TERRORIST PERPETRATORS are going to die a violent death for what they have done and are doing." The email specifically referenced Person A as one of the persons HALEY included within her description of "TERRORIST PERPETRATORS."

3. On July 14, 2014, Officer Michael Zackowski from the U.S. Immigration and Customs Enforcement office in Phoenix, forwarded an email to affiant that was from an individual known as PATTY LEE HALEY, email address

patty_haley@yahoo.com. Officer Zackowski indicated that the email contained a possible death threat to Person A and others. In reviewing the email, I noted that the subject line of the email contained the words "NIGGER ALERT." Throughout the body of the email, PATTY LEE HALEY used several other racial slurs that were directed at Person A to include a number of other descriptors such as; Terrorist perpetrator, thug and habitual liar. Additionally, PATTY LEE HALEY stated that she had just cause for justifiable homicide against Person A based on a ruling Person A made in a case before Person A. PATTY LEE HALEY ended the email with "It will be justifiable homicide, as if it is the last breath that I breathe, the TERRORIST PERPETRATORS are going to die a violent death for what they have done."

4. On 07/15/2014, together with another Deputy United States Marshal, I conducted an interview of PATTY LEE HALEY at her residence in Phoenix, Arizona. During the interview, PATTY LEE HALEY stated that she did author and transmit the email that threatened Person A. After several questions regarding her implied intent, PATTY LEE HALEY stated that she stood by her email. Throughout the interview, PATTY LEE HALEY made several statements indicating that she believed that individuals from the federal government and other unknown persons were attempting to kill her. Due to her sudden elevated emotional and behavioral responses to questions, I ended the interview. Prior to leaving the residence, I asked PATTY LEE HALEY if she owned a firearm, to which she replied yes. After I asked to see the firearm, PATTY LEE HALEY opened a large handbag and showed me a Ruger .45 caliber handgun.

PATTY LEE HALEY informed me that she carried the gun with her at all times for protection. Due to the statements, behavioral responses and current emotional state, I believed that PATTY LEE HALEY presented a danger to Person A and others.

5. On 07/16/2014, I applied for an emergency mental health petition through the Urgent Psychiatric Care facility located at 903 N. 2nd Street Phoenix, Arizona. The emergency petition was approved by a licensed medical physician and an order was issued directing law enforcement to detain PATTY LEE HALEY and to bring her to the Urgent Psychiatric Care facility for observation and diagnosis.

6. On 07/16/2014 at approximately 7:35 PM, officers from the Phoenix Police Department attempted to serve the order upon PATTY LEE HALEY at her residence. Upon arrival and announcing their presence and purpose, PATTY LEE HALEY refused to open the door to her apartment. After refusing to open the door and having knowledge that PATTY LEE HALEY was in possession of a firearm, officers backed away and declared a barricade situation. On scene officers requested the assistance of a special tactics unit within the Phoenix Police Department. Upon the units arrival, PATTY LEE HALEY cracked opened the door, however, she refused to allow the officers entry. After observing furtive movements, officers were able to force their way into the apartment and detain PATTY LEE HALEY. Officers located the firearm and a large machete knife in the bedroom of the apartment. Both the firearm and knife were seized and logged as property/evidence by Phoenix Police officers.

7. On 07/18/2014, I received notice from staff at the Urgent Psychiatric Care facility that PATTY LEE HALEY was being transferred to a secure mental health facility in Phoenix, Arizona due to a diagnosis of Severe Mental Illness (SMI).

8. On 07/29/2014, I was subpoenaed to testify before the Maricopa County Superior Court regarding PATTY LEE HALEY. At the conclusion of the hearing, Maricopa County Commissioner Susan White found that through her actions, PATTY LEE HALEY presented a danger to Person A and others.

9. Based on the foregoing, it is my belief that probable cause exists to believe that PATTY LEE HALEY knowingly and intentionally threatened to murder a United States judge with intent to impede, intimidate or interfere with such judge while engaged in the performance of official duties, or with intent to retaliate against such judge on account of the performance of official duties, in violation of 18 U.S.C. Section 115(a)(1)(B).

_____
Ron Lindsey, Deputy U.S. Marshal
United States Marshals Service

Sworn to and subscribed before me
this 12 day of August, 2014.

_____
Charles R. Pyle
United States Magistrate Judge